## WALDOCK v. ADKINS.

No. 6434.  Opinion Filed April 5, 1916.

(156 Pac. 1192.)

**FAILURE TO FILE BRIEF—Reversal.** Syllabus in **Midland Elevator Co. v. Harrah,** 44 Okla. 154, 143 Pac. 1168, is adopted.

(Syllabus by Burford, C.)

*Error from District Court, McCurtain County;*
*Summers Hardy, Judge.*

Action by J. B. Adkins against A. J. Waldock. Judgment for plaintiff, and defendant brings error. Reversed, with directions to grant new trial.

*McPherren & Cochran,* for plaintiff in error.

Opinion by BURFORD, C. The plaintiff in error has filed his record and brief herein. The defendant in error has failed to brief the cause. Under the repeated decisions of this court we are not required to search the record to sustain the judgment. The brief for plaintiff in error fairly sustains the assignments of error alleged therein.

The cause is therefore reversed, with directions to the trial court to grant a new trial.

By the Court: It is so ordered.